UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYER AMSCHEL ROTHSCHILD,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN WAGSTAFFE, et al.,<br><br>Defendants. | Case No. 23-cv-05739-LJC<br><br>**ORDER DENYING MOTION FOR PERMISSION TO FILE AMENDED COMPLAINT**<br><br>Re: ECF No. 12 |

Pending before the Court is Plaintiff Mayer Amschel Rothschild's Motion for Permission to File Amended Complaint. ECF No. 12. The Court finds the motion suitable for determination without further briefing and without oral argument. Civ. L.R. 7-1(b). Accordingly, all briefing deadlines are hereby terminated, and the hearings currently scheduled for February 28, 2024, and March 6, 2024, are **VACATED**.

Mr. Rothschild has not provided any explanation as to why he wants to file an amended complaint, nor has he described what changes he would like to make to the current Complaint or attached a draft amended complaint for the Court's review and consideration. More importantly, the Court already screened the Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). ECF No. 11. That screening order gave Mr. Rothschild until March 1, 2024 to file an amended complaint addressing certain issues identified by the Court as to the Complaint's allegations. *Id.* Mr. Rothschild has not yet filed anything in response, although the deadline has not yet passed.

//
//
//
//

Accordingly, the Motion for Permission to File Amended Complaint is hereby **DENIED**. This order does not disturb the Court's prior screening order, allowing Mr. Rothchild until March 1, 2024 to file an amended complaint that addresses the previously identified deficiencies in his complaint.

**IT IS SO ORDERED.**

Dated: February 21, 2024

LISA J. CISNEROS
United States Magistrate Judge